95 P.3d 1

# SUPREME COURT OF HAWAI'I

State v. Tran .................... 23198          08/13/2004  Dismissed          105 Hawai'i 148,
                                                                                  95 P.3d 2